[No. 28902-8-III. Division Three. May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GLENN GATEWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-02240-3, Maryann C. Moreno, J., entered March 11, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 28910-9-III. Division Three. May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RILEY JAY KALK, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 09-1-00194-8, John Hotchkiss, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 29053-1-III. Division Three. May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL LUND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00267-7, Craig J. Matheson, J., entered May 12, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29065-4-III. Division Three. May 17, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY C. UNDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-02417-3, Maryann C. Moreno, J., entered May 6, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.